# United States Court of Appeals
## For the First Circuit

No. 10-1367

UNITED STATES OF AMERICA,

Appellee,

v.

PEDRO MICHAEL GONCALVES,
a/k/a Mike Goncalves,

Defendant, Appellant.

ERRATA

The opinion of this Court, issued on April 28, 2011, should be amended as follows.

On page 7, line 2, replace "see also Gant, 129 S. Ct. at 1721." with "see also Arizona v. Gant, 129 S. Ct. 1710, 1721 (2009).".

On page 16, line 13, delete comma to make "291 U.S. 217, (1934)" into "291 U.S. 217 (1934)".